# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEITH PERRET AND RAQUEL
OTTERSON

VERSUS

THE STATE OF LOUISIANA,
THROUGH THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT AND LIVINGSTON
PARISH AND/OR THE POLICE
JURY FOR LIVINGSTON PARISH
AND/OR THE LIVINGSTON PARISH
DEPARTMENT OF PUBLIC WORKS

NO.  2024 CW 0636

**SEPTEMBER 23, 2024**

---

In Re:    State of Louisiana, through the Department of Transportation and Development, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 146283.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**WRC**
**CHH**

**Theriot, J.** dissents and would issue a briefing schedule.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT